STATE OF NEW JERSEY v. WILSON GALICIA.

February 6, 1984.

Petition for certification denied.

CHARLES T. JACK v. BOARD OF TRUSTEES, PUBLIC
EMPLOYEES' RETIREMENT SYSTEMS.

February 6, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. CHESTER KOWALCZYK.

February 6, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. STEVEN J. GOLDENBAUM.

February 6, 1984.

Petition for certification denied.